# EXHIBIT A

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

FORM FOR DISCLOSURES REGARDING REMAINING CLEAN-UP, MEDICAL MONITORING, AND POST-APRIL 20 PERSONAL INJURY CLAIMS, VESSELS OF OPPORTUNITY CHARTER CLAIMS, AND ALL OTHER B3 CLAIMS

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Rivers | Bobby | Lee | |

| Phone Number | E-Mail Address |
|---|---|
| 936 239 0543 | None |

| Current Mailing Address | City / State / Zip |
|---|---|
| 10600 Highway 150 | Shephard, TX 77371 |

| Employer at Time of Incident | Date of Birth |
|---|---|
| Zapata | July 26, 1954 |

| Attorney Name and Firm | Attorney E-Mail Address |
|---|---|
| Craig T. Downs<br>Downs Law Group P.A.<br>3250 Mary Street Suite 307<br>Coconut Grove FL 33133 | cdowns@downslawgroup.com<br>ddurkee@downslawgroup.com<br>nnelson@downslawgroup.com |

All previous addresses where Plaintiff resided from April 2010 to present, including the date ranges Plaintiff resided at each address?

10600 Highway 150, Shepherd, TX 77371 ("last 8-10 years")
4318 Peters Street, Moss Point, Mississippi, 39563 ("around 2010")

Any prior name used by Plaintiff from April 2010 to present?

None

| The last 4 digits of the Plaintiff's social security number (if individual) or full Tax ID number in the case of a business plaintiff | Business Name (for non-medical, non-personal injury claims) |
|---|---|
| 3270 | N/A |

| |
|---|
| Please indicate your status:<br><br>___ Properly opted out of the Medical Benefits Settlement*<br><br>_✓_ Not a member of the Medical Benefits<br><br>Settlement ___ Member of the Medical Benefits<br><br>Settlement Class |
| Did you participate in any of the following Response Activities* in response to the *Deepwater Horizon* incident?    N/A<br><br>___ Captain, crew, or other worker employed under the Vessels of Opportunity ("VoO") program who performed Response Activities.<br><br>___ Workers employed to perform the decontamination of vessels involved in Response Activities.<br><br>___ Captains, crew, and other workers on vessels other than VoO who performed Response Activities.<br><br>___ Onshore personnel employed to perform Response Activities.<br><br>___Persons involved in the recovery, transport, and decontamination of wildlife affected by the *Deepwater Horizon* incident. |
| You are pursuing a claim against at least one B3 Defendant by way of *(select all that apply):*<br><br>___A Previously-Filed Individual Action, Eastern District of Louisiana Case No.<br><br>___ A New Individual Action (filed because plaintiff previously had only a short-form joinder* on file), Eastern District of Louisiana Case No. ─────────────<br><br>___ A New Individual Action (filed because plaintiff previously was part of Complaint with more than one plaintiff or a putative class action).  List both prior Eastern District of Louisiana Case No. _____and new Individual Action Case No._____<br><br>✓ **Other :**  A New Individual Action filed in the Eastern District of Louisinana : 2 :20-cv-01092<br><br>* A copy of your timely SFJ(s) (and any PPFs) must be included with your service of this Exhibit A. |

2

You are pursuing a claim against at least one B3 Defendant for *(select all that apply)*:

__ Personal injury or wrongful death arising from circumstances <u>other than</u> alleged exposure to crude oil or dispersants.

If so, describe the alleged injury and identify the location and approximate date of the alleged injury

✓ **Medical** monitoring, personal injury, or wrongful death arising from alleged exposure to crude oil or dispersants.

If so, identify the location and approximate date of the alleged exposure

In the waters of the Gulf of Mexico while working as a commercial fisherman and while residing at 4318 Peters Street, Mass Point Mississippi 39563

_____

If so, describe the alleged injury and identify the location and approximate date of the alleged injury

Invasive Colonic Adenocarcinoma Well Differentiated diagnosed on April 4, 2017

__ Vessels of Opportunity Contract Claim.

__ Non-Vessels-of-Opportunity Contract Claim Related to the Response.

GCCF Claim:

Did you, the plaintiff seeking relief, present this claim to the Gulf Coast Claims Facility ("GCCF")?

    Yes_____    No____✓____

If Yes, please identify:

1. The claim number(s) (if available)._____

2. Did you execute a release of your claims upon receiving payment through the

    GCCF: Yes_____    No_____

3

I state under penalty of perjury that the foregoing is true and correct. Executed on the following date at the following location:

Date: _____4/29_____ 2020

Location (City and State): _____Shepherd TX_____

_____*Bobby Rivers*_____
Signature of Plaintiff *(Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf)*

_____Bobby Lee Rivers_____
Print Name

This Sworn Statement and any supporting information must be filed with the Court and served on both Counsel for BP and the PSC. Service on Counsel for BP and the PSC can be made via United States mail at the following addresses:

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | Attn: Steven J. Herman |
| Kirkland & Ellis LLP | Herman, Herman, Katz & Cotlar, LLP |
| 300 North LaSalle St, | 820 O'Keefe Avenue |
| Suite 2400 | New Orleans, LA 70113 |
| Chicago IL 60654 | |

Claimants represented by counsel may additionally or alternatively serve the sworn statements and any supporting information upon the PSC and Counsel for BP via File & ServeXpress ("F&S").