**EXHIBIT A**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
Civil Action No. 10-MD-2179-CJB-SS

**PTO 66 PARTICULARIZED STATEMENT OF CLAIM
FOR REMAINING B3 PLAINTIFFS**

**PLAINTIFF'S FULL NAME:** Bobby Lee Rivers

Please answer every question to the best of your knowledge.

You are signing and submitting this Particularized Statement of Claim under penalty of perjury and therefore must provide information that is true and accurate.

If you **cannot** recall all of the details requested, please provide as much information as you can.

For each question where the space provided does not allow for a complete answer, please attach as many additional sheets of paper as necessary to fully answer the question.

**NOTE**: Please provide information regarding the person **who claims injury or damages**. The terms "you" and "your" refer only to that person, not to the individual who may be completing this form in a representative capacity. If the person who claims injury or damages is deceased, the personal representative should respond as of the time immediately prior to his or her death unless a different time period is specified.

**A.   YOUR BACKGROUND INFORMATION**

1. Current address:
   Address Line 1:  10600 Highway 150
   Address Line 2:
   City: Shepherd      State: TX      Zip 77371

2. Telephone number: 936-239-0543

3. Maiden or other names used or by which you have been known, and the dates during which you were known by such names  None

4. Date and Place of Birth: July 26, 1954, Monroeville, AL

5. Male  ✓    Female

6. Each address (other than your current address) at which you have lived during the last ten (10) years, and list the dates of residence for each one:

| Address | Dates of Residence |
|---|---|
| 4318 Peters Street, Moss Point, Mississippi, 39563 | ("around 2010") |
| | |

7. Employment Information:

   A. Current and past employer(s) over the last 10 years, 2008-2018 (if unemployed, last employer):

| Employer | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Zapata | Louisiana | Approximately 1985 to 2016. | Commercial Fisherman |
| | | | |
| | | | |
| | | | |

8. Have you ever been out of work for more than thirty (30) days for reasons related to your health (other than pregnancy)? Yes ✓  No __ If *"Yes,"* when were you out of work and why? I retired early due to disability when I was approximately 63 years old, specifically from chronic back pain and my quality of life subsequent to having several surgeries.

**B. THE PLAINTIFF AND THE *DEEPWATER HORIZON* OIL SPILL**

9. Did BP, a government entity, or another company or entity hire you to perform cleanup work in response to the oil spill?

   Yes _____    No ✓

*If you responded "Yes" to Question No. 9, please proceed to Question No. 10.*

*If you responded "No" to Question No. 9, please skip to Question No. 14.*

    **1.**    **Cleanup Workers**

(The term "cleanup worker" shall have the same meaning as that defined in the Medical Benefits Settlement Agreement. (Rec. Doc. 6427-1 at 11-12, 25).)

  10.    Was your cleanup work performed onshore (on land) or offshore (on the water)?

        Onshore_____        Offshore_____        Both_____

11. Were you hired as part of the Vessels of Opportunity ("VOO") Program?

    Yes_____    No _____

12. Did you handle hazardous materials as part of your cleanup work?

    Yes_____    No _____

13. Please set forth the following information about your cleanup work: N/A

    A. Your employer(s): _____

    B. Your supervisor(s) at the employer(s) identified in Question No. 13(A):

    _____

    C. A description of the work performed for employer(s) identified in Question No. 13(A):_____

    _____

    D. The date(s), time(s), and location(s) you performed the work described in Question No. 13(C):_____

    _____

    E. The names of any vessel(s) on which or facility(ies) where you performed the work described in Question No. 13(C):_____

    _____

    F. Any person(s) or entity(ies) other than your employer who oversaw, supervised, or managed your work described in Question No. 13(C):_____

    _____

    **2.   Residents/Tourists**

14. Do you allege that you were exposed to oil or chemical dispersants while a ***resident*** of a Gulf Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

    Yes ✓_____    No_____    While residing and working as a commercial fisherman

15. Do you allege that you were exposed to oil or chemical dispersants while a ***tourist*** in a Gulf

  Coast State (*i.e.*, Alabama, Florida, Louisiana, Mississippi, or Texas)?

  Yes_____  No ✓_____

16. List all address(es) at which you resided in 2010:
  4318 Peters Street, Moss Point, Mississippi, 39563 ("around 2010")

  _____

**C.**  **INFORMATION ABOUT YOUR B3 CLAIM**

17. Are you claiming that you suffered damages from (*Check all that apply*):

  ✓_____ Bodily injury from exposure to oil and/or dispersants

  _____ Bodily injury other than from exposure to oil and/or dispersants

  _____ A breach of contract

*If you checked "Bodily injury from exposure to oil and/or dispersants," answer the questions in Parts D & F below.*

*If you checked "Bodily injury other than from exposure to oil and/or dispersants," answer the questions in Part E & F below.*

*If you checked "A breach of contract," answer the questions in Part G below.*

**D.    EXPOSURE CLAIMS**

18. Were you exposed to oil, dispersants, or both?

    Oil_____    Dispersants_____    Both ✓____

19. How were you exposed? (*Check all that apply*)

    A.   Inhalation              Yes ✓____    No _____

    B.   Dermal (skin) contact   Yes ✓____    No _____

    C.   Ingestion               Yes ✓____    No _____

    D.   Other (please describe):   _____

20. What was the date(s) of your exposure?

    Day: ___  Month: ___  Year: _2010_ to
    Day: ___  Month: ___  Year: 2011

21. How many time(s) were you exposed to oil or dispersants (for each time, please note whether the exposure was to oil, dispersants, or both)?

    Continuous, everyday exposure living at my house at 4318 Peters Street, Moss Point, Mississippi, 39563 during 2010. As well as every day working for my employer Zapata in 2010 and 2011

22. What was the geographic location(s) of your exposure (for each location, please note on what date this exposure occurred and whether the exposure was to oil, dispersants, or both)?

    My residence at 4318 Peters Street, Moss Point, Mississippi, 39563 during 2010 and from the Marina of Zapata Haynie which was near Mass Point MS during 2010 and 2011. I went out fishing in the Gulf of Mexico.

23. For each time that you were exposed to oil or dispersants or both, for how long were you exposed to this substance or chemical? : 10-15 hours a day 7 days a week.

24. Describe in as much detail as possible the circumstance(s) in which your exposure to the oil spill and/or chemical dispersant occurred:

    While residing in Moss Point, Mississippi and following the April 20, 2010 BP Oil Spill, I was exposed through constant exposure at my residence located at 4318 Peters Street, Moss Point, Mississippi, 39563, as well as working as a commercial fisherman for my employer Zapata in Louisiana and Mississippi for several months after the BP Deepwater Horizon Oil Spill. During this period of time, I would spend 10-15 hours a day fishing for the commercial enterprise known as Zapata. I would regularly fish on a large commercial fishing boat several miles out in the Gulf of Mexico. After the BP Deepwater Horizon Oil Spill, our fishing boat, for several months, was allowed to continue fishing. During this period, we would regularly see oil and, possibly dispersants, on the surface of the Gulf of Mexico and fisherman on the boat would be exposed to this ocean water laced with oil and dispersants on a daily basis. Further, the nets and other fishing equipment would become exposed to this water laced with oil and dispersants which would then expose the fisherman to this oil and dispersants on a daily basis. It was a regular occurrence during this time for me to come home with what appeared to be oil on my skin and on my clothes. Finally, for months, if not years, after the oil spill the smell of oil and/or dispersants would fill the air on a daily basis.

25. For cleanup workers only: Did you report your exposure to oil and/or dispersants to your direct supervisor: **N/A**

    Yes_____    No_____

26. *If you answered "Yes" to Question No. 25,* Provide the name of the supervisor to whom you reported your exposure and the date you first reported the exposure: N/A

    

**E.    NON-EXPOSURE PERSONAL INJURY CLAIMS:  N/A**

27. For your non-exposure personal injury, please state:

    A. The nature of your injury:_____

    B. The date(s) of your injury:

    C. The location(s) of your injury:_____

    D. The work that you were performing when you sustained your injury:_____

E. Identify any individual(s) who witnessed your injury:＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

28. Describe in as much detail as possible the circumstance(s) of your injury:

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**F.      INFORMATION ABOUT YOUR INJURY OR ILLNESS**

29. Describe in as much detail as possible the bodily injury (or medical condition) that you claim resulted from the spill or your cleanup work in response to the oil spill:

    I was diagnosed with Invasive Colonic Adenocarcinoma Well Differentiated due to my exposure to the oil spill

30. Please explain how your injury (or medical condition) resulted from the spill or your cleanup work in response to the oil spill:

    I was regularly and daily splashed with oily water, chemicals and dispersants while I would be out fishing in the Gulf of Mexico. Also while residing at 4318 Peters Street, Moss Point, Mississippi, 39563, the smell of oil and/or dispersants would fill the air on a daily basis and I possibly also suffered seafood contamination. I intend to hire an expert to review my medical records along with other documents in this case. it is anticipated that the expert will associate my exposure to oil, dispersants, other hydrocarbons/decontaminants and other substances with my present condition.

31. On what date did you first report or seek treatment for your injury or illness:
    Around March 2017 (Invasive Colonic Adenocarcinoma Well Differentiated)

32. On what date was your injury first diagnosed: April 4, 2017 (Invasive Colonic Adenocarcinoma Well Differentiated

33. Identify the doctor(s) (or other healthcare providers) who first diagnosed your injury (or condition):

| Name | Address |
| --- | --- |
| Mariela Vasquez M.D | CHI St Luke's Hospital<br>1201 Frank Street<br>Lufkin TX 75904 |
|  |  |

34. Identify doctor(s) (or other healthcare providers) who have treated your injury (or condition):

| Name | Address |
| --- | --- |
| George Elias, MD | 403 Ogletree Dr Suite 200, Livingston, TX 77351 |
| Jeffrey Luna (PCP) | 219 Eastwood St, Livingston, TX 77351 |
|  |  |
|  |  |

35. Have you ever suffered this type of injury or condition before (i.e., before the date given in your answer to Question No. 32)? Yes_____ No ✓____. If "*Yes*,"

    A. When? _____

    B. Who diagnosed the injury (or condition) at that time? _____

    _____

    _____

    C. Who treated the injury (or condition) at that time?_____

36. Do you claim that your exposure to the oil spill and/or chemical dispersant worsened an injury (or condition) that you already had or had in part? N/A

    Yes_____ No ✓____. If "*Yes*,"

    A. What date did you first experience such injury or condition?_____
    B. What injury (or condition) was made worse? _____

    _____

37. Please list your family and/or primary care physician(s) for the past ten (10) years:

| Name | Address |
|---|---|
| Jeffrey Luna (PCP) | 219 Eastwood St, Livingston, TX 77351 |
|  |  |

38. Do you have in your possession, custody, or control, any medical records, bills, and any other documents, from physicians, healthcare providers, hospitals, pharmacies, insurance companies, or others who have provided treatment to you relating to the diagnosis or treatment of any injuries or illnesses arising from the *Deepwater Horizon* oil spill or response efforts, or that you otherwise identified in this Form?

    Yes_____ No ✓_____

39. Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:

    <u>I do not know how to value my loss for my past and future pain and suffering. I stipulate that as far as economic damages are concerned, I have only lost past medical bills and the value of future medical care. The exact amount of this economic loss is being investigated. With these qualifications I estimate my damages to be approximately $ 1 million.</u>

40. Have you received workers compensation or other compensation or reimbursement for the injury alleged or associated expenses?

    Yes_____ No ✓_____

    If "Yes":

    A. From whom did you receive this compensation or reimbursement?_____

    _____

    B. When did you receive this compensation or reimbursement?_____

    _____

    C. What was the amount of the compensation or reimbursement?_____

    _____

**G.    CONTRACT CLAIMS – N/A**

(*For plaintiffs claiming breach of contract.*)

41.   Is your claim based on a breach of contract?

Yes_____    No_____

42.   Was the contract that you claim was breached made as part of the VoO Program?

Yes_____    No_____

43.   Identify the contract that you allege was breached including any associated contract number (e.g., MVCA number and the parties to the contract):

_____

44.   Describe how the contract was breached: _____

_____

_____

45.   *If you were part of the VoO Program*: Describe whether or not you were placed on-hire and, if applicable, the date(s) you were on-hire:

_____

_____

46.   *If you allege that you were placed on-hire:* Provide the date(s) you were placed off-hire:

_____

47.   Describe specifically the compensatory damages that you claim in your lawsuit, including the nature of the damage, the date(s) of the damage, the amount of the damage, and the calculations used to arrive at that amount:_____

_____

_____

48.   Describe specifically how the breach of contract you allege in response to Question No. 44 caused the damages you allege in response to Question No. 47.

_____

## ATTESTATION

By signing below, I declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the answers provided to the above questions are true and correct, and I specifically declare and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that any damages described in response to Questions Nos. 39 or 47 were caused by any injury or breach of contract alleged in response to Questions Nos. 29 and 44.

I acknowledge that I have an obligation to supplement the above responses if I learn that they are in any material respect incomplete or incorrect.

Executed on the following date at the following location:

Date: __4/29__, 2020

Location (City and State): __Shepherd TX__

_[signature: Bobby Rivers]_

Signature of Plaintiff*

*__Plaintiff's Attorney Cannot Sign on Plaintiff's Behalf. For businesses, the CEO, CFO, President, Owner, or similar senior corporate officer must sign.__

__Bobby Lee Rivers__

Print Name

Title/Position (*if signed on behalf of a business or other entity*)

**This Particularized Statement of Claim must be served on Counsel for BP and the MDL 2179 Plaintiffs' Steering Committee by mailing it to the following addresses:**

| Counsel for BP | MDL 2179 Plaintiffs' Steering Committee |
|---|---|
| Attn: J. Andrew Langan | c/o: Steve Herman |
| Kirkland & Ellis LLP | 820 O'Keefe Ave. |
| 300 North LaSalle St., Suite 2400 | New Orleans, LA 70113 |
| Chicago, IL 60654 | |